JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH GUNDRY, an individual, and GARY POE III, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT, a public entity; CHRISTOPHER J. STEINHAUSER in his official capacity as Superintendent of Long Beach Unified School District, and DOES 1-9, inclusive,<br><br>Defendants. | Case No. CV 15-5490-GW(PJWx)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiffs Zachariah Gundry and Gary Poe III ("Plaintiffs") and Defendants Long Beach Unified School District and Christopher J. Steinhauser (collectively "Parties"), have stipulated pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss the instant matter with prejudice.

///
///
///
///
///

1

For good cause shown, and in accordance with the parties' stipulation, the Court hereby dismisses this action, *Gundry et al. V. LBUSD et al.*, United States District Court for the Central District of California Case Number 2:15-CV-05490-GW-PJW, with prejudice;

**IT IS SO ORDERED.**

DATED: October 25, 2016       _____
                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE